**Barry Lynn HOOKER, Plaintiff—Appellant,**

v.

**L.W. JARVIS, Warden, Bland Correctional Center; R.S. Jackson; Donna Miller, Institutional Hearings Officer; Larry W. Huffman, Defendants—Appellees.**

No. 04–6438.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 21, 2004.

Barry Lynn Hooker, Appellant pro se.

William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry Lynn Hooker appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hooker v. Jarvis,* No. CA–03–703–7 (W.D.Va. filed Feb. 19, 2004; entered Feb. 20, 2004 & filed March 30, 2004; entered March 31, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*